**SO ORDERED.**

**SIGNED this 4 day of January, 2019.**



*James P. Smith*

**James P. Smith**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:

| | |
|---|---|
| Lynn Hendricks, Jr. | Case No: 18-31342-jps |
| Lisa Moon Hendricks | |
|     Debtor(s) | |
| | Chapter 13 |
| Lynn Hendricks, Jr. | |
| Lisa Moon Hendricks | |
|     Movant(s) | |

vs.

LVNV Funding LLC
As Assignee to Credit One Bank, NA
    Respondent

JUDGMENT AVOIDING LIEN

The above and foregoing Motion to Avoid Lien having come on before the Court, upon consideration of the pleadings, the Court finds that Respondent holds a judgment lien on the real

and personal property of the debtor(s), and that the existence of said lien impairs exemptions to which the debtor(s) would be entitled under Georgia Law.

IT IS HEREBY ORDERED that the motion to avoid lien of the debtor(s) is hereby Granted.  The court avoids the fixing of the judicial lien on the real and personal property of the debtors, subject to reinstatement under 11 USC § 349 upon dismissal of the case.

The judgment which is the subject of this order was entered in the  **Magistrate**  Court of  **Clarke**  County, Georgia, case number  **MC-01-CV-CV-17-1134.**

**END OF TEXT**

Prepared by CHRIS R. MORGAN
Attorney for Debtors
State Bar No: 522102
Morgan & Morgan
1090-C Founders Blvd
Athens, GA  30606
(706)548-7070
(706)613-2089 fax
Email: chrismgn@bellsouth.net