B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Georgia

In re Lynn Hendricks, Jr. & Lisa M. Hendricks ,    Case No. 18-31342

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CAPITAL ASSET RECOVERY | GENESIS FINANCIAL |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Capital Asset Recovery
P.O. Box 192585
Dallas, TX 75219

Court Claim # (if known): 3
Amount of Claim: $9,228.55
Date Claim Filed: 12/17/2018

Phone: 888-921-2644
Last Four Digits of Acct #: 9939

Phone: ___
Last Four Digits of Acct. #: ___

Name and Address where transferee payments should be sent (if different from above):

Phone: ___
Last Four Digits of Acct #: ___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian Glasscock    Date: 01/17/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Reset    Save As...    Print